**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Gary Vincent WHORLEY, a/k/a Tyrone, Defendant–Appellant.**

**No. 16-7090**

United States Court of Appeals, Fourth Circuit.

Submitted: October 13, 2016

Decided: October 18, 2016

Gary Vincent Whorley, Appellant Pro Se. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Vincent Whorley appeals the district court's order denying his "motion to produce notarized document." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Whorley, No. 3:15–cr–00010–GMG–RWT–1 (N.D.W. Va., Aug. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

this court and argument would not aid the decisional process.

AFFIRMED